United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40165
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM VIVAR-LOPEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:02-CR-73-1
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for
William Vivar-Lopez, has moved for leave to withdraw and has
filed a brief pursuant to Anders v. California, 386 U.S. 738
(1967). Vivar-Lopez has not filed a response. Our review of the
briefs and of the record discloses no nonfrivolous issue for
appeal. Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.